UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | Case No. 09-34880-BKC-AJC |
|---|---|
| PRIVÉ VEGAS, LLC, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 09-34893-BKC-LMI |
| PVPH, LLC, | Chapter 11 |
| Debtor. | |

## *EX PARTE* APPLICATION FOR APPROVAL OF EMPLOYMENT OF BARRY MUKAMAL, AND THE ACCOUNTING FIRM OF MARCUMRACHLIN AS ACCOUNTANTS FOR THE DEBTORS

Pursuant to 11 U.S.C. §§ 328 and 1103 and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP"), the Prive Vegas, LLC and PVPH, LLC (the "Debtors"), apply to this Court for approval of the employment of Barry Mukamal ("Mukamal") and MarcumRachlin as accountants for the Debtors and states as follows:

1. On November 11, 2009, these cases were commenced by the filing of voluntary petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with this Court. By Order of this Court, the cases are jointly administered.

2. The Debtor desires to retain Mukamal and the firm of MarcumRachlin as accountants for the Debtors in these cases.

3. The Debtor believes that Mukamal and MarcumRachlin are qualified are qualified to advise the Debtor with regard to the matters that Mukamal and MarcumRachlin are being retained to provide.

4. To the best of the Debtor's knowledge, Mukamal and MarcumRachlin do not hold or represent any interest adverse to the Debtor or its estate on any matters in which MUKAMAL AND MARCUMRACHLIN is to be engaged.

7.  To the best of the Debtor's knowledge, Mukamal and MarcumRachlin are "disinterested," as such term is defined in 11 U.S.C. §101(14), and has no connection with the Debtors, their creditors or any other party in interest except as described in the Affidavit of Mukamal on behalf of MarcumRachlin as proposed accountants for the Debtors attached hereto as Exhibit "A."

8.  The Debtor proposes that compensation be awarded to Mukamal and MarcumRachlin after an application and a hearing consistent with the requirements of 11 U.S.C. §§328, 330 and 331.

WHEREFORE, the Debtor respectfully requests the Court enter an order approving the employment of Barry Mukamal and the firm of MarcumRachlin, as accountants for the Debtors.

Date: January 6, 2010.

Prive Vegas, LLC and PVPI, LLC

By: _____
Mitchell Rubinson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via First Class U.S. Mail on the 7th day of January, 2010 to all interested parties on the attached service list and by electronic mail to all parties on the Court's CM/ECF list maintained by the Court.

GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: /s/ Robert A. Schatzman
Robert A. Schatzman, Esq.
Florida Bar No.: 0139008

# 195005 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
PRIVE VEGAS, LLC.

Case No.: 09-34880 BKC AJC
Chapter 11

Debtor.
_____/

### AFFIDAVIT OF BARRY E. MUKAMAL

STATE OF FLORIDA            )
                            ) SS
COUNTY OF MIAMI-DADE        )

**BEFORE ME**, the undersigned authority, personally appeared Barry E. Mukamal, C.P.A., in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am a Certified Public Accountant, experienced in rendering accounting and advisory services to bankruptcy trustees, debtors, and attorneys.

2. I am employed by the firm MarcumRachlin, a Division of Marcum, LLP, with offices located at 1 SE 3rd Ave, 10th Floor, Miami, FL 33131.

3. I am willing to accept employment by the Debtor, on the basis set forth in the annexed application. Neither I nor the firm hold or represent any adverse interest to the trustee, the debtor or the estate in regards to the matters for which I am to be employed and are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor the firm has a pre-petition or other claim against the estate.

5. Neither I nor the firm has any connections with the debtor. Neither I nor the firm have in the past, and do we plan in the future, to represent any related debtor.

6. The firm has received a retainer of $10,000 from the debtor-in-possession. The retainer will be used to pay fees incurred during the proceeding upon Court approval under 11 U.S.C §§327, 328, 330 and 331.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Barry E. Mukamal, C.P.A.

THE FOREGOING INSTRUMENT was acknowledged before me this 4th day of January, 2010 by Barry E. Mukamal, who is personally known to me.

My commission expires:


Notary Public State of Florida
Karen G McGill
My Commission DD846933
Expires 01/24/2013

_____
Notary Public, State of Florida