

**ORDERED in the Southern District of Florida on January 07, 2010.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | Case No. 09-34880-BKC-AJC |
|---|---|
| PRIVÉ VEGAS, LLC, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 09-34883-BKC-AJC |
| PVPH, LLC, | Chapter 11 (Jointly Administered) |
| Debtor. | |

**ORDER APPROVING
EMPLOYMENT OF BARRY MUKAMAL, AND THE ACCOUNTING
FIRM OF MARCUMRACHLIN AS ACCOUNTANTS FOR THE DEBTORS**

THIS CAUSE came on before the court. upon the *Ex Parte* Application for Approval of Employment of Barry Mukamal, and the Accounting Firm of MarcumRachlin as Accountants for the Debtors in these cases.  Upon the representations that Barry Mukamal and MarcumRachlin. hold no interest adverse to the estate in the matters upon which they are engaged, that Barry Mukamal and MarcumRachlin are disinterested persons as required by 11 U.S.C § 327(a), and have disclosed any connections with parties set forth in FRBP 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the Debtor is authorized to employ Barry Mukamal and the accounting firm of MarcumRachlin as accountants for the Debtors, on a general retainer, pursuant to 11 U.S.C §§ 327 and 330.

###

Submitted by:

Robert A. Schatzman
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
robert.schatzman@gray-robinson.com

Copies to:
Robert A. Schatzman, Esq.

(Attorney Schatzman is directed to serve a conformed copy of this order upon all interested parties immediately upon receipt and to file a certificate of service with the Court.)
\303460\1 - LNEGRON - # 195715 v1