UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | Case No. 09-34880-BKC-AJC |
|---|---|
| PRIVÉ VEGAS, LLC, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 09-34883-BKC-AJC |
| PVPH, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |

## DEBTORS' MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASES

Prive Vegas, LLC ("Prive") and PVPH, LLC ("PVPH"), debtors and debtors-in-possession (collectively, the "Debtors"), by and through undersigned counsel and pursuant to 11 U.S.C. § 1112(b) and Federal Rule of Bankruptcy Procedure 1017, move to voluntarily dismiss these chapter 11 cases and, in support thereof, state as follows:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is 11 U.S.C. § 1112(b).

### BACKGROUND

#### General Background

2. The Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code on November 11, 2009 (the "Petition Date"). The Debtors remain in possession of their assets and continue to manage their affairs as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108, and, as of the date hereof, no trustee, examiner, or

statutory committee has been appointed in these cases. The Debtors' cases are being jointly administered for procedural purposes only.

3. Prive owns and operates two adjacent nightclubs in Las Vegas – named Privé and Living Room – located at the Planet Hollywood Resort and Casino. PVPH, an affiliate of Prive, is a special-purpose entity established solely to be the named tenant on the lease for the premises occupied by Prive's nightclubs at Planet Hollywood (the "Lease"), with no liabilities other than those relating to the Lease. Though the Debtors believe that PVPH validly assigned the Lease to Prive pre-petition, PVPH filed its own bankruptcy petition in an abundance of caution.

4. PHW Las Vegas, LLC ("PHW") is the landlord under the Lease and is owed approximately $300,000 in past-due rent and other charges under the Lease plus an alleged amount of approximately $200,000 in fines arising from county code violations at the leased premises, for which the Debtors may be responsible under the Lease. In sum, net of approximately $68,000 credit the Debtors believe is owed them by PHW, the Debtors may owe PHW up to approximately $440,000 under the Lease.

5. In addition to the past-due ordinary lease charges described above, PHW claims it may be liable for up to approximately $1.5 million allegedly owed to mechanics' lien creditors of the Debtor arising from obligations owed by the Debtors to them concerning construction work preformed at the leased premises. Should PHW become liable for the construction obligations the Debtors would also be responsible for payment of these amounts as additional rent under the Lease.

6. The Debtors' deadline to assume or reject the Lease under 11 U.S.C. § 365(d)(4) is April 10, 2010.

**RELIEF REQUESTED**

7. By this Motion, the Debtors move to voluntarily dismiss their chapter 11 cases under 11 U.S.C. § 1112(b) and, for the reasons stated below, believe that good cause exists for such relief.

8. A chapter 11 case must be dismissed under section 1112(b) for "cause" shown by the moving party. 11 U.S.C. § 1112(b). The Debtors' sole asset of significant value is the Lease. In accordance with 11 U.S.C. § 365(b), the Debtors must cure all monetary defaults under the Lease as a condition to assuming and sustaining it under a chapter 11 plan or otherwise. PHW has informed the Debtors that it is unwilling to restructure the Lease obligations and/or amortize the amounts owed thereunder – totaling up to nearly $2.0 million in past-due lease charges plus potential mechanics' lien claims – under a chapter 11 plan. Without any concession by PHW, the Debtors are unable to assume the Lease.

9. The Debtors are unable to operate their nightclubs without the Lease and, as such, have no business to reorganize in chapter 11. The Debtors believe, therefore, that sufficient cause exists for dismissal of these cases under section 1112(b) due to the Debtors' inability to confirm a chapter 11 plan herein and the fact that they have no viable business to reorganize without the Lease. *See In re FRGR Managing Member LLC*, 419 B.R. 576, 582-83 (Bankr. S.D.N.Y. 2009) ("While this explicit ground for cause ['inability to effectuate a plan'] has been eliminated in the updated statute [as amended by BAPCPA], Collier observes that it is still applicable where a party ostensibly filed a chapter 11 case to reorganize, 'but has no reasonable prospects of confirming a plan.'") (quoting 7 *Collier on Bankruptcy* ¶ 1112.04[5][b]); *In re Repository Techs., Inc.*, 363 B.R. 868, 896 (Bankr. N.D. Ill. 2007) (holding "[i]nability to effectuate a Plan in Chapter 11 is certainly a basis for dismissal.").

10. The Debtors believe that dismissal, rather than conversion to chapter 7, is the most appropriate disposition of these cases under section 1112(b) because, with the inevitable termination of the Lease, PHW's lien on the Debtors' physical assets – collateral worth far less than the total amount owed PHW – would leave no value for the estate and unsecured creditors in a chapter 7 liquidation.

11. PHW has indicated that it has no objection to the Debtors' voluntary dismissal of these cases as requested herein.

WHEREFORE, the Debtors respectfully request that the Court enter an order dismissing these chapter 11 cases and granting such other and further relief that the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class U.S. mail, postage prepaid, upon all parties and counsel identified on the attached service list and by electronic mail upon all parties and counsel identified on the CM/ECF service list maintained by the Court for this case, on April 7, 2010.

Respectfully submitted,

**GRAYROBINSON, P.A.**
*Counsel for Debtors-in-Possession*
1221 Brickell Avenue, Suite 1650
Miami, Florida 33131
Telephone: (305) 416-6800
Facsimile: (305) 416-6887

By: /s/ *Robert A. Schatzman*
　　Robert A. Schatzman, Esq.
　　Fla. Bar No. 139008

4

# Mailing Information for Case 09-34880-AJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Geoffrey S. Aaronson**    gaaronson@aaronsonpa.com, tdmckeown@mckeownpa.com
- **Miami-Dade County Tax Collector**    mdtcbkc@miamidade.gov
- **Barry E. Mukamal**    bankruptcy@marcumrachlin.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Ivan J Reich**    ireich@gray-robinson.com, andrea.brodsky@gray-robinson.com
- **Mark S. Roher**    mroher@adorno.com, mcalderon@adorno.com
- **David R Rothenstein**    drr@ecclegal.com, phornia@ecclegal.com,nsocorro@ecclegal.com
- **Martin L Sandler**    martin@sandler-sandler.com
- **Robert A. Schatzman**    robert.schatzman@gray-robinson.com, jenny.reyes@gray-robinson.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;jenny.reyes@gray-robinson.com
- **Rhett Traband**    rtraband@broadandcassel.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michael D Ehrenstein**
501 Brickell Key Drive #300
Miami, FL 33131

**Lars Evensen**
3800 Howard Hughes Parkway 10th Fl
Las Vegas, NV 89169

**Andrew C Hall**
2665 S Bayshore Dr PH1
Miami, FL 33133

**Randal D Shimon**
4175 South Riley St.
Suire 102
Las Vegas, NV 89147

**Jeffrey S. Weiner**
9130 S Dadeland Blvd #1910
Miami, FL 33156

## Creditor List

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 09-34880-AJC<br>Southern District of Florida<br>Miami<br>Wed Apr  7 14:21:59 EDT 2010 | Block 16, LLC<br>c/o David Rothenstein, Esq.<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive<br>Suite 300<br>Miami, Fl 33131-2624 | Miami-Dade County Tax Collector<br>(Burch)<br>140 W Flagler St #1403<br>Miami, FL 33130-1561 |
| Midwest Drywall, Co., Inc.<br>c/o Mark S Roher<br>350 East Las Olas Blvd.<br>Suite 1700<br>Fort Lauderdale, FL 33301-4217 | PVPH, LLC<br>P.O. Box 19-0089<br>Miami Beach, FL 33119-0089 | Prive Vegas, LLC<br>P.O. Box 19-0089<br>Miami Beach, FL 33119-0089 |
| R.O.C.K. Entertainment Group, LLC<br>c/o David Rothenstein, Esq.<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive<br>Suite 300<br>Miami, Fl 33131-2624 | Southern Wine & Spirits of American, Inc.<br>c/o Martin L. Sandler, Esq.<br>P O Box 402727<br>Miami Beach, FL 33140-0727 | Sun City Electric<br>c/o Lars Evensen, Esq.<br>3800 Howard Hughes Parkway<br>10th Floor<br>Las Vegas, NV 89169-5958 |
| YLV, LLC<br>c/o David Rothenstein, Esq.<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive<br>Suite 300<br>Miami, Fl 33131-2624 | A.V.A. Design, LLC<br>1351 NE Miami Gardens Drive<br>#1423<br>Miami, FL 33179-4930 | ADT Construction Group, Inc.<br>8978 W. Nevso Drive #100<br>Las Vegas, NV 89147-0443 |
| ADT Construction Group, Inc.<br>c/o Ruben Vasquez<br>8480 S. Monte Cristo Way<br>Las Vegas, NV 89113-4623 | AT&T Wireless<br>PO BOX 60017<br>Los Angeles, CA 90060-0017 | Acidimaging Marketing & Design Group<br>3930 N. Pine Grove Ave<br>Suite 1613<br>Chicago, IL 60613-5508 |
| Alexander Mackey<br>1000 N. Jones Blvd. #202<br>Las Vegas, NV 89108-1650 | Arrowhead Water<br>P.O. Box 856158<br>Louisville, KY 40285-6158 | Ash Hopkins Photography<br>c/o Aaron S. Hopkins<br>7019 Russel Ranch Ave<br>Las Vegas, NV 89113-0219 |
| Atlas Industrial Cleaning Supplies<br>4511 New York Ave<br>2nd Floor<br>Union City, NJ 07087-2784 | BMI<br>10 Music Square East<br>Nashville, TN 37203-4321 | Big Town Service & Maintenance<br>175 Cassia Way<br>Suite A 115<br>Henderson, NV 89014-6643 |
| Brian K. Chang<br>7777 S. Jones Blvd, #1218<br>Las Vegas, NV 89139-6161 | Brink's Incorporated<br>3200 E Charleston Blvd<br>Las Vegas, NV 89104-2392 | CV Property Management, Inc.<br>145  East Warm Springs Road<br>Las Vegas, NV 89119-4101 |
| Carlos Aguilar<br>1724 Breckenwood Ct<br>Apt. 1<br>Las Vegas, NV 89115-3644 | Carlos Menchaca<br>8465 Cavaricci Ave<br>Las Vegas, NV 89129-7442 | Christopher Stuart<br>8454 Cabin Peak Street<br>Las Vegas, NV 89123-2838 |
| Cintas Corporation #59<br>2460 Kiel Way N.<br>North Las Vegas, NV 89030-4162 | Cintas First Aid & Saftey<br>730 Valley Verde Drive<br>Henderson, NV 89014-2304 | Clark County Assessor<br>500 S. Grand Central Pkwy<br>2nd Floor<br>P.O. Box 551401<br>Las Vegas, NV 89155-1401 |

| | | |
|---|---|---|
| Clear Channel Outdoor<br>2880 -B Meade Ave<br>Suite 350<br>Las Vegas, NV 89102 | Clear Channel Outdoor<br>Attn: Rosie Meeks<br>POB 591790<br>San Antonio TX 78259-0139 | Computer Media Services, Inc.<br>217 Graff Avenue<br>Bronx, NY 10465-3166 |
| Cox - Prive Cable<br>P.O. Box 53262<br>Phoenix, AZ 85072-3262 | Cox Communications<br>P.O. Box 53262<br>Phoenix, AZ 85072-3262 | Cox Dean Martin Internet<br>Cox Communications<br>P.O. Box 53262<br>Phoenix, AZ 85072-3262 |
| David Ruffin<br>8236 New Leaf Ave<br>Las Vegas, NV 89131-8187 | Ecolab<br>P.O. Box 100512<br>Pasadena, CA 91189-0003 | Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 |
| Embarq<br>P.O. Box 660068<br>Dallas, TX 75266-0068 | Enviornmental Ink, LLC<br>3070 W. Poast Road<br>Las Vegas, NV 89118-3836 | FFD, Inc.<br>c/o Francois Frossard 1670 Cleveland Roa<br>Miami Beach, FL 33141-1719 |
| FedEx Customer Information Services<br>Attn: Revenue Recovery/BKC<br>3965 Airways Blvd Module G 3rd Floor<br>Memphis TN 38116-5017 | Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Frank Tucker<br>2020 Grouse St<br>Las Vegas, NV 89134-6124 |
| Greg Jarmolowich<br>6516 Ruddock Drive<br>North Las Vegas, NV 89084-2600 | Image 2000 Nevada, Inc.<br>3280 W. Hacienda Ave<br>Suite 204<br>Las Vegas, NV 89118-1718 | InnerWorkings<br>P.O. Box 100612<br>Pasadena, CA 91189-0003 |
| J&H Promotions<br>8282 Paradise Ridge Court<br>Las Vegas, NV 89139-6889 | Jessie Gibson<br>4170 S. Decatur Blvd, #A-8<br>Las Vegas, NV 89103-5862 | Justin D. Levine, Inc.<br>14500 Ocean Bluff Drive<br>Fort Myers, FL 33908-4953 |
| KLUC-FM<br>P.O. Box 100111<br>Pasadena, CA 91189-0003 | Lawrence J. Semenza, Esq<br>Brownstein Hyatt Farber Schreck<br>100 City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 | Levine & Partners<br>1110 Brickell Ave 7th Floor<br>Miami, FL 33131-3132 |
| Lionel Sawyer & Collins<br>Att: Susan L. Myers, Esq.<br>1700 Bank of America Plaza<br>300 South Forth Street<br>Las Vegas, NV 89101 | M.W. Schofield<br>Clark County Assessor<br>POB 551401<br>Las Vegas NV 89155-1401 | Madam<br>P.O. Box 750513<br>Las Vegas, NV 89136-0513 |
| Miami-Dade County Tax Collector<br>Paralegal Section<br>140 West Flagler Street, #1403<br>Miami, FL 33130-1561 | Midwest Drywall<br>c/o Dennis Haney, Esq.<br>Shemilly Brisco<br>400 South 4th Street Third Floor<br>Las Vegas, NV 89101-6201 | Neroli Janitorial LLC<br>6557 Arrow Crek Ct<br>Las Vegas, NV 89156-3715 |

Nevada Beverage Company
3940 W Tropicana
Las Vegas, NV 89103-5516

Nevada Department of Taxation
2559 Paseo Verde Parkway
Suite 180
Henderson, NV 89074

Nevada Department of Taxation
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101-1046

Nevada Department of Taxation
P.O. Box 62674
Phoenix, AZ 85082-2674

Nevada Restaurant Association
1500 E. Tropicana, Suite 114A
Las Vegas, NV 89119-6516

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

OfficeTeam Div of Robert Half International
Attn: Mary Gonzalez
5720 Stoneridge Drive #3
Pleasanton CA 94588-2732

OpBiz, LLC
Attn: Mark Helm
3667 Las Vegas Blvd South
Las Vegas, NV 89109-4331

Orlando Oquendo
2275 Biscayne Blvd.
#504
Miami, FL 33137-5033

Orlando Shelton
4130 Spring Mountain Road
Las Vegas, NV 89102-8702

PC USA Computers
2560 NE Miami Gardens Drive
Aventura, FL 33180-2706

PHW Las Vegas, LLC
C/o Geoffrey S Aaronson, P.A.
Miami Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131-2100

Piercy Bowler Taylor & Kem
6100 Elton Avenue
Suite 1000
Las Vegas, NV 89107-0123

Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374-0709

R.O.C.K. Entertainment Group, LLC

Red Bull North America, Inc.
Dept 9691
Los Angeles, CA 90084-0001

Roman K. Jones
3165 Pine Tree Drive
Miami Beach, FL 33140-3928

Roses
4525 W. Spring Mountain Road
Suite 108
Las Vegas, NV 89102-8751

SJ Lighting, Inc.
29020 Saddlebrook Drive
Agoura Hills, CA 91301-1631

Samuel Adamson
9770 Ramhorn Canyon
Las Vegas, NV 89183-6301

Sisko Promotions, Inc.
4015 Grasmere Ave
Las Vegas, NV 89121-4844

Sound Investment
1438 W Kinzie
Suite 200
Chicago, IL 60642-7981

Southern Nevada Health District
P O Box 3902
Las Vegas, NV 89127-3902

Southern Wine & Spirits
P.O. Box 19299
Las Vegas, NV 89132-0299

Southwest Linen
6335 Sunset Corporate Drive
Las Vegas, NV 89120-2796

Staples Business Advantage
Dept LA 1368
P.O. Box 83689
Chicago, IL 60696-0001

Statewide Fire Protection
3130 Westwood Drive
Las Vegas, NV 89109-1066

Style Box
2216 Verdinal Drive
Las Vegas, NV 89146-3009

Sun City Electric
c/o Lars Evensen, Esq.
Holland & Hart
3800 Howard Hughes Parkway, 10th Fl
Las Vegas, NV 89169-5958

Sysco Food Service of Las Vegas
P.O. Box 93537
Las Vegas, NV 89193-3537

| | | |
|---|---|---|
| The Pepsi Bottling Group<br>P.O. Box 75948<br>Chicago, IL 60675-5948 | US Food Service<br>P.O. Box 3911<br>Las Vegas, NV 89127-3911 | United Health Care<br>c/o Rachel A Smith<br>450 Columbus Blvd<br>POB 150450<br>hartford CT 06115 0450 |
| United Health Insurance Company<br>Dept Ch 10151<br>Palatine, IL 60055-0001 | Vegas Bar & Restaurant Supply<br>4375 S. Valley View<br>Suite G<br>Las Vegas, NV 89103-4000 | Vegas Group Entertainment, LLC<br>375 E. Warm Springs Road<br>Suite 104-B<br>Las Vegas, NV 89119-4260 |
| Vegas Nightclub Partners, LLC<br>P.O. Box 19-0089<br>Miami Beach, FL 33119-0089 | Vegas Nightclub Partners, LLC<br>Pl.O. Box 19-0089<br>Miami Beach, FL 33119-0089 | Wells Fargo Financial Leasing<br>P.O. Box 6434<br>Carol Stream, IL 60197-6434 |
| William A. Richardson<br>395 E. Sunset Drive<br>Las Vegas, NV 89119-3566 | Wood Smith Henning & Berman, LLP<br>10950 Wilshire Blvd<br>18th Floor<br>Los Angeles, CA 90024 | Alan Richardson<br>c/o David Rothenstein, Esq.<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive<br>Suite 300<br>Miami, Fl 33131-2624 |
| Barry E. Mukamal<br>1 SE 3 Ave 10 Fl<br>Miami, FL 33131-1710 | Ivan J Reich Esq<br>401 E. Las Olas Blvd #1850<br>Ft Lauderdale, FL 33301-4236 | Randal D Shimon<br>4175 South Riley St.<br>Suire 102<br>Las Vegas, NV 89147-8720 |
| Robert A. Schatzman Esq.<br>1221 Brickell Ave #1600<br>Miami, FL 33131-3247 | Steven J. Solomon Esq.<br>1221 Brickell Ave #1600<br>Miami, FL 33131-3247 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)OpBiz, LLC | (u)PHW Las Vegas, LLC | (u)Miami |
| (u)Alan Richardson | (u)Block 16, LLC | (u)World Wide Power<br>3 Bedfordbury Covent Garden<br>London W1V 1HL |
| (u)YLV, LLC | (u)William A. Richardson | End of Label Matrix<br>Mailable recipients    106<br>Bypassed recipients      8<br>Total                  114 |